## FINANCIAL DISCLOSURE REPORT
### FOR CALENDAR YEAR 1994

Report Required by the Ethics Reform Act of 1978, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | | 3. Date of Report |
|---|---|---|---|
| Moody, James M. | United States District Court Arkansas | | 6/27/95 |
| 4. Title Article III judges indicate active or senior status; Registrate judges indicate full- or part-time | 5. Report Type (check appropriate type) | | 6. Reporting Period |
| United States District Judge | _X_ Nomination, Date 6/27/95 ___ Initial ___ Annual ___ Final | | 1/1/94 - 5/27/95 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. | | |
| 200 West Capitol, Suite 2200 Little Rock, AR 72201 | | | |
| | Reviewing Officer _____ Date | | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Wright, Lindsey & Jennings |
| Administrator | Estate of Jo Ann Moody |
| Partner | Very Special Tea Room |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| _____ | Liquidation of Partnership Capital Account will amount to $54,253.68. |
| _____ | Retirement Account in the amount of $487,249.58 will be transferred outside |
| | the control of Wright, Lindsey & Jennings. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 _____ | Penn Insurance and Annuity | $ 563.08 |
| 2 _____ | _____ | $ _____ |
| 3 _____ | _____ | $ _____ |
| 4 _____ | _____ | $ _____ |
| 5 _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Moody, James M. | Date of Report<br>6 /27 / 95 |
|---|---|---|

**IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.**
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Boatmen's Banks | Leasehold improvement loans for<br>Wright, Lindsey & Jennings | K |
| First Financial Bank | Real estate mortgage loan | K |
| Banc Boston Mortgage Company | Real estate mortgage loan | L |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES. J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000

Digitized by Google



... ... ... value transactions    (Includes those of spouse

| | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | (2) Value Method Code (Q-X) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | (1) | (2) | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain: Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | INT | J | T | E | X | E | M | P T |
| | INT | J | T | E | X | E | M | P T |
| | INT | J | T | E | X | E | M | P T |
| | INT | J | T | E | X | E | M | P T |
| | INT | L | T | E | X | E | M | P T |
| | INT | J | T | E | X | E | M | P T |
| | None | K | T | E | X | E | M | P T |
| | INT | J | T | E | X | E | M | P T |
| | Int | J | T | E | X | E | M | P T |
| | Int | K | T | E | X | E | M | P T |
| | Int | J | T | E | X | E | M | P T |
| | Int | K | T | E | X | E | M | P T |
| | Int | K | T | E | X | E | M | P T |
| | Int | | T | E | X | E | M | P T |
| | Int | K | T | E | X | E | M | P T |
| | Int | K | T | E | X | E | M | P T |
| | Int | K | T | E | X | E | M | P T |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>James M. Moody | Date of Report<br>06 /27 /95 |
|---|---|---|

## Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br>Indicate where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value1<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Estate of Jo Ann Moody – James M. Moody, Sr. is the Income Beneficiary and Executor of the Estate: | | | | | | | | | |
| Alltel Corp. Common Stock | B | DIV | K | T | E | X | E | M | P T |
| AT&T Corp. Common Stock | A | DIV | K | T | E | M | E | M | P T |
| J. Baker, Inc. Common Stock | A | DIV | J | T | E | X | E | M | P T |
| Chevron Corp. Common Stock | C | DIV | K | T | E | X | E | M | P T |
| Coca Cola Co. Common Stock | A | DIV | K | T | E | X | E | M | P T |
| Cons. Edison NY Common Stock | B | DIV | J | T | E | X | E | M | P T |
| A.G. Edwards Common Stock | B | DIV | K | T | E | X | E | M | P T |
| Fed. Home Mtg. Corp. Common Stock | A | DIV | K | T | E | X | E | M | P T |
| First Colony Corp. Common Stock | A | DIV | J | T | E | X | E | M | P T |
| First Comm. Corp. Common Stock | B | DIV | K | T | E | X | E | M | P T |
| GTE Corp. Common Stock | B | DIV | K | T | E | X | E | M | P T |
| General Mills Common Stock | A | DIV | K | T | E | X | E | M | P T |
| Great Lakes Chemical Common Stock | A | DIV | K | T | E | X | E | M | P T |
| Intel Corp. Common Stock | A | DIV | K | T | E | X | E | M | P T |
| Johnson & Johnson Common Stock | A | DIV | J | T | E | X | E | M | P T |
| Monsanto Co. Common Stock | C | DIV | L | T | E | X | E | M | P T |

Digitized by Google

Page 1 INVESTMENTS and TRUSTS -- income, value, transactions    (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets or transactions) | | | | | | | | | |
| Estate of Jo Ann Moody -- Continued: | | | | | | | | | |
| Noram Energy Common Stock | A | DIV | J | T | E | X | E | M | P T |
| Pfizer, Inc. Common Stock | B | DIV | K | T | E | X | E | M | P T |
| Wal-Mart Stores Common Stock | A | DIV | K | T | E | X | E | M | P T |
| AR Hig. Bkd. Secs. Bond, due 9/1/02 | B | INT | K | T | E | X | E | M | P T |
| Little Rock, AR Library Bond, due 1/1/02 | C | INT | L | T | E | X | E | M | P T |
| Little Rock, AR Baptist Med. Bond, due 10/1/97 | C | INT | L | T | E | X | E | M | P T |
| FNB NYC due 10/1/16 | A | INT | J | T | E | X | E | M | P T |
| Cash - Bear Stearns Securities Corp. | A | INT | J | T | E | X | E | M | P T |
| Putnam American Growth - A Fund | B | DIV | K | T | E | X | E | M | P T |
| Dean Witter Discover & Co. Common Stock | A | DIV | J | T | E | X | E | M | P T |
| Walmart Stores Common Stock | A | DIV | J | T | E | X | E | M | P T |
| American Funds AMCAP Fund | C | DIV | J | T | E | X | E | M | P T |
| American Funds Smallcap World Fund | A | DIV | J | T | E | X | E | M | P T |
| Rental Property Church's Chicken 1/3 interest | D | Rent | L | W | E | X | E | M | P T |
| Mineral acres, Union Co., AR (for mineral leasing) | K | Timber Royalty | M | W | E | X | E | M | P T |
| Rental Property Rental Property - King Cotton, Little Rock, AR | A | Distributions | J | R | E | X | E | M | P T |
| | | Rent | L | R | E | X | E | M | P T |

Value Codes: J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000

C=$2,501 to $5,000 | D=$5,001 to $15,000 | L=$50,001 to $100,000 | M=More than $1,000,000

Value Method Codes (real estate only): S=Assessment | W=Estimated | T=Cash Market

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| James M. Nordy | 06 /27 / 95 |

## Page 1 INVESTMENTS and TRUSTS – income, value, transactions    (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(S)" for the other ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income<br>during<br>reporting<br>period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| | | | | | If not exempt from disclosure | | | | | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| Pulaski Co. AR Childrens Hosp. Bond, due 3/1/13 | B | INT | K | T | E | X | E | M | P | T |
| Pulaski Co., AR School Bond, due 2/1/02 | C | INT | K | T | E | X | E | M | P | T |
| Union Co., AR Housing Bond, due 10/1/10 | C | INT | K | T | E | X | E | M | P | T |
| University of AR Student Union Bond, due 11/1/03 | D | INT | L | T | E | X | E | M | P | T |
| Warren, AR Waste Bond, due 8/1/13 | C | INT | K | T | E | X | E | M | P | T |
| Bell Telephone of PA Bond, due 8/1/09 | A | INT | J | T | E | X | E | M | P | T |
| UTS First TR Advtg. Fund Ser 44 AR | B | DIV | J | T | E | X | E | M | P | T |
| UTS First TR Advtg. Fund SER 35 AR | C | DIV | K | T | E | X | E | M | P | T |
| NUVEEN Tax Exempt Bond Fund #162 | A | DIV | J | T | E | X | E | M | P | T |
| Cash - Bear, Stearns Securities Corp. | A | INT | J | T | E | X | E | M | P | T |
| Village North Limited Partnership | C | Distri-butions | J | W | E | X | E | M | P | T |
| Merrill Lynch Floating Rate Fund | D | DIV | L | T | E | X | E | M | P | T |
| Merrill Lynch CMA Money Fund | A | DIV | J | T | E | X | E | M | P | T |
| B.H. and M. Oil Company Common Stock | B | DIV | J | E | E | X | E | M | P | T |
| Van Kampen Merritt US Govt. Fund A | B | DIV | J | T | E | X | E | M | P | T |
| Eastman Chemical Co. Common Stock | A | DIV | J | T | E | X | E | M | P | T |
| Eastman Kodak Co. Common Stock | A | DIV | J | T | E | X | E | M | P | T |
| Sentinel Common Stock Fund | D | DIV | L | T | E | X | E | M | P | T |

Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to $5,000   D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000

Value Codes:   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000   W=$1,000,001 to $5,000,000
(See Col. C1 & D3)

Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| James M. Moody | 06   /   /   |

... RESTS – income, value, transactions    (Includes those of spouse
...   Instructions.)

| | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy, sell, merger, redemption) | | If not exempt from disclosure | | | |
| (1) | (2) Type (A-D divi- rent int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| | | | | | | | | | |
| | | | | | | | | | |
| b | D&V | L | T | | E | X | E | M | P T |
| A | D&V | L | T | | E | X | E | M | P T |
| b | D&V | L | T | | E | X | E | M | P T |
| A | House | K | T | | E | X | E | M | P T |
| b | D&V | K | T | | E | X | E | M | P T |
| A | D&V | N | T | | E | X | E | M | P T |
| b | INS. | K | T | | E | X | E | M | P T |
| A | INS. | J | T | | E | X | E | M | P T |
| A | INS. | J | T | | E | X | E | M | P T |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| J=$15,001 to $50,000 K=$50,001 to $100,000 | C=$2,501 to $5,000 Q=$100,001 to $1,000,000 | D=$5,001 to $15,000 R=More than $1,000,000 | | |
| L=$50,001 to $100,000 M=$50,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 | | |
| V=Other (real estate only) W=Estimated | S=Assessment W=Estimated | T=Cash/Market | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Moody, James M. | Date of Report<br>6/27/95 |

## VIII  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IX  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _James M Moody_          Date _June 27, 1995_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 60,000. | Notes payable to banks—secured | |
| U.S. Government securities—add schedule | | Notes payable to banks—unsecured | |
| | | Notes payable to relatives | |
| Listed securities—add schedule | 602,851. | Notes payable to others | |
| Unlisted securities—add schedule | | Accounts and bills due | 1,000. |
| Accounts and notes receivable | 50,000. | Unpaid income tax | |
| Due from relatives and friends | | Other unpaid tax and interest | |
| Due from others | | Real estate mortgage payable—add schedule | |
| Doubtful | | | 92,000. |
| Real estate owned—add schedule | 285,000. | Chattel mortgages and other loans payable | |
| Real estate mortgages receivable | | | |
| Autos and other personal property | 100,000. | Other debts—itemize | |
| Cash value—life insurance | 40,000. | | |
| Other assets—itemize | | | |
| Profit Sharing Trust | 429,621. | | |
| | | Total liabilities | 93,000. |
| | | Net worth | 1,474,472. |
| Total assets | 1,567,472. | Total liabilities and net worth | 1,567,472. |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor | -0- | | Are any assets pledged? (Add schedule.) | No |
| On leases or contracts | -0- | | Are you defendant in any suits or legal actions? | No |
| Legal Claims | -0- | | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | -0- | | | |
| Other special debt. | -0- | | | |

Date: March 31, 1965

James M. Moody

Digitized by Google

## MARKET VALUE OF SECURITIES:

| | LONG | SHORT |
|---|---|---|
| Equities | $0 | $0 |
| Bonds | 547,668 | 0 |
| Options | 0 | 0 |
| Other | 55,183 | 0 |
| Security Totals | $602,851 | $0 |

| | | |
|---|---|---|
| Total Value of Securities This Period | $602,851 | |
| Net Cash Balance | 9,166 | |
| NET EQUITY THIS PERIOD | -$612,017 | |
| Net Equity Last Statement | $593,939 | |

## Cash Summary

| | THIS PERIOD |
|---|---|
| Dividends/Interest | $4,510.32 |
| Funds Received/Other | 735.20 |
| Amount Credited | $5,245.52 |
| Net Cash Activity | $5,245.52 |

See Transactions Settling This Period for detail

## CASH BALANCES

| | OPENING | CLOSING |
|---|---|---|
| Cash | $3,920.18 | $9,166.70 |
| Net Cash Balance | | |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Credit Balance Int. | $34.02 | $43.80 |
| Muni. Bond Int. | 4,396.30 | 8,289.20 |
| Corp. Bond Int. | 80.00 | 80.00 |
| Total Income | | $8,413.00 |

## Bond Possibly Subject to Redemption Within 90 Days

| Pre-Refunded/Callable Date | Quantity | Description | Interest Rate |
|---|---|---|---|
| 03/01/95 Pre-refunded | 101,000 | PULASKI CO ARK HOSP REV REF | 10.125% |
| 03/18/95 Callable-partial | 10,000 | CROSSETT AR IDR SEMIS INC PJ | 7.250% |
| 03/19/95 Callable-partial | 10,000 | ARKANSAS HSG DEV AGY FED INS | 6.250% |
| 03/19/95 Callable-partial | 10,000 | ARKANSAS STATE DEV FIN AUTH | 7.400% |

These securities will also appear in your Portfolio Positions Section.
Call and Pre-Refund dates are received from outside sources we believe
to be reliable, however, we cannot guarantee their accuracy.

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 60,000. | Notes payable to banks—secured | |
| U.S. Government securities—add schedule | | Notes payable to banks—unsecured | |
| Listed securities—add schedule | 602,851. | Notes payable to relatives | |
| Unlisted securities—add schedule | | Notes payable to others | |
| Accounts and notes receivable | 50,000. | Accounts and bills due | 1,000. |
| Due from relatives and friends | | Unpaid income tax | |
| Due from others | | Other unpaid tax and interest | |
| Doubtful | | Real estate mortgage payable—add schedule | 92,000. |
| Real estate owned—add schedule | 285,000. | Chattel mortgages and other loans payable | |
| Real estate mortgage receivable | | Other debts—itemize | |
| Autos and other personal property | 100,000. | | |
| Cash value—life insurance | 40,000. | | |
| Other assets—itemize | | | |
| Profit Sharing Trust | 429,621. | | |
| | | Total liabilities | 93,000. |
| | | Net worth | 1,474,472. |
| Total assets | 1,567,472. | Total liabilities and net worth | 1,567,472. |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor | | -0- | Are any assets pledged? (Add schedule.) | No |
| On leases or contracts | | -0- | Are you defendant in any suit or legal action? | No |
| Legal Claims | | -0- | Have you ever taken bankrupt? | No |
| Provision for Federal Income Tax | | -0- | | |
| Other special debt. | | -0- | | |

Date: March 31, 1965

James M. Moody


Digitized by Google